STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM MALAY, PLAINTIFF IN ERROR.

Submitted May 29, 1925—Decided September 10, 1925.

On error to the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 235.

For the plaintiff in error, *Elmer W. Romine.*

For the defendant in error, *James H. Bolitho,* prosecutor of the pleas.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion in the Supreme Court.

*For affirmance*—TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MC-GLENNON, KAYS, JJ. 11.

*For reversal*—None.